CHEVRON OIL COMPANY ET AL. *v.* ZONING BOARD OF APPEALS OF SHELTON

The plaintiffs' motion to dismiss the appeal from the Court of Common Pleas in Fairfield County is denied.

*Daniel D. McDonald,* for the appellees (plaintiffs).

*William J. Curran,* for the appellant (defendant).

Argued October 1—decided October 1, 1974

HARTFORD FEDERATION OF TEACHERS *v.* HARTFORD BOARD OF EDUCATION ET AL.

The plaintiff's motion to dismiss the appeal from the Superior Court in Hartford County is denied.

*Karl Fleischmann,* for the appellee (plaintiff).

*Albert G. Murphy,* assistant corporation counsel, for the appellant (defendant Hartford Court of Common Council).

Argued October 1—decided October 1, 1974

E. JAMES MacLELLAN *v.* V. J. M. TRUCKING COMPANY, INC.

The defendant's motion to dismiss the appeal from the Court of Common Pleas in New Haven County is denied.

*Brian W. Poirier,* for the appellee (defendant).

*Barry J. Sinoway,* for the appellant (plaintiff).

Argued October 1—decided October 1, 1974